# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LONNELL JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. SOTO, Warden,<br><br>　　　　Respondent. | CASE NO. 2:15-CV-08754-CJC (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records herein, the attached Report and Recommendation of the U.S. Magistrate Judge, and Petitioner's Objections to the Report and Recommendation.  Having completed its de novo review of those portions of the Report and Recommendation to which Petitioner has objected, the Court concludes that nothing in the Objections affects or alters the findings and conclusions set forth in the Report and Recommendation.  The Court concurs with and accepts the findings, conclusions, and recommendations of the U.S. Magistrate Judge.  IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

DATED: October 26, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE