JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LONNELL JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>J. SOTO, Warden,<br><br>　　　　　Respondent. | CASE NO. 2:15-CV-08754-CJC (SK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 26, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE